CHIEF EDITOR     -     -     W. J. TOSSEL
 President     -     -     -     J. F. Laning
 Vice Pres & Cir. Mgr.     -     Sam H. Torrey
 Secretary and Treasurer     -     S. R. Laning

Issued Every Wednesday
50 Weeks of the Year

### SUBSCRIPTION PRICES AND TERMS

Per year (50 issues) Payable in Advance..$15.00
Single Numbers ................. ..............    .50
First Semi-Annual Digest, No. 36, separately    2.50
Second Semi-Annual Digest, Vol. 2, No. 2    2.50

## JULY 9, 1924
### No. 27

"Adjudged Cases are the milestones which
mark the pathway of judicial progress."
The Digest carries the guide book that points
out the whereabouts of the cases; the wanderer
along a judicial highway is not able to make
much progress without one.

If you are ambitious of being a progressive
lawyer, it is essential that you keep familiar
with judicial progress. Hence the Ohio Law
Abstracts are an essential of your office and
Law Library.

As the Abstract is now publishing new
cases at the rate of some 1,200 a year, and as
no attorney can expect to recall all these de-
cisions readily and accurately, although he
may have read them over once or so when
they were first published, the problem of be-
ing able to find a desired lightly remembered
opinion, or of ascertaining the status of case
law upon any point in which he is interested,
takes on unusual importance. Having this
necessity in mind. as the amount of new case
law the Abstract has been dispensing has been
steadily increasing, we have been endeavoring
to keep our system of stating the law so that
it can be found readily, growing apace with
the increase of the number of precedents into
which researches have to be made. So far we
have succeeded well, but we are now calcu-
lating how we can still further make the Ab-
stract Digests more serviceable without en-
largement, and in all probability will have to
modify our system at an early day.

### CODE NOTES

In this issue we present a sample of Code
Notes, showing the plan upon which this facil-
ity in aiding lekal research is being produced.
It is incomplete, and is here published to show
the method to be presented more than for the
matter it contains. When it is considered that
fully one-third of the cases decided by the
Ohio Courts have to do with statutes, the im-
portance of this publication will become more
apparent.

We have copy now in work for many more
pages of these notes, and expect, at an early
day, to present our patrons with a complete
publication of Notes, covering the year 1924,
so far as it has passed, and then keep the list
up to Code by continuous cumulation and pub-
lication.

### SEMI-ANNUAL VOLUME

This Digest departs from the plan we have
heretofore followed in paging the publication:
Our explanation of this is that ie enables the
Digest to be assembled with Nos. 1 to 25 of
the Abstract and bound with them, as their
index into a semi-annual volue, or at the end
of the year, with Nos. 1 to 50, and the two
Digests into a yearly volume, without disturb-
ing the continuity of the numbering and pag-
ing of the volume. The Abstracts for the first
helf of 1924, with its Index, is thus complete
in itself, and the second half of the year will
likewise easily follow, and the papers can be
much more easily searched and handled.

## OHIO COURT OF APPEALS

### INDUSTRIAL COMMISSION v. McNELLEY

Ohio Appeals, 8th Dist., Cuyahoga County
No. 5320.  Decided March 3, 1924

1283.  WORKMEN'S COMPENSATION—

The death of an employe in the course of his
employment can be proved by circumstantial
evidence—Verdict of jury held not manifestly
against weight of evidence.

SULLIVAN, J.
Epitomized Opinion

This was an appeal from an order of the
Industrial Commission of Ohio. The plaintiff
was the widow of George McNeeley. In March,
1921, McNeeley was employed by the Chandler
Motor Company as a carpenter. Upon the di-
rection of the foreman, McNeeley was refitting
a frame in the factory door shortly prior to
the time the accident occurred. While per-
forming this service he got upon a box to
saw a board. Later he was found bleeding
underneath a wash basin near by. A pool of
blood was also discovered between the basin

H. B. Webber, 924 Renkert Bldg., Canton. O. 27

40 THE OHIO LAW ABSTRACT

and the box. There were no eye witnesses to the accident, and McNeeley died before he could relate any of the incidents connected with the same.

The Industrial Commission of Ohio refused to award compensation to the widow of the deceased. The Court of Common Pleas directed a verdict for the Industrial Commission. Error was prosecuted to the court of Appeals and this judgment was reversed. The case was then tried in the Common Pleas Court and a jury returned a verdict in favor of plaintiff. The Industrial Commission prosecuted error, claiming that the verdict was manifestly against the weight of the evidence. In sustaining the judgment of the lower court, the Court of Appeals held:

1. Evidence may be direct or circumstantial and it is often that circumstantial is more reliable than positive evidence, for the reason thta circumstances are more difficult to falsify.

2. Under the circumstances of this case it cannot be said that the verdict was manifestly against the weight of the evidence, as there was ample circumstantial evidence upon which the jury could predicate its judgment that the deceased died of injuries sustained in the course of his employment.

Attorneys—E. C. Stanton, for Industrial Commission; Landfear, Saskin & Fleharty, for McNeeley; all of Cleveland.